RECEIVED

MAY 1 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| PATRICIA ERTER | * | CIVIL ACTION NO. 06-1913 |
| VERSUS | * | JUDGE DOHERTY |
| CAL-DIVE INTERNATIONAL, INC. | * | MAGISTRATE JUDGE METHVIN |

### MEMORANDUM RULING

Pending before this Court is a "*Pro Se* Motion to Dismiss Without Prejudice" [Doc. 21] filed by plaintiff, Patricia Erter, on April 27, 2007. The motion is unopposed. Seeing no error in law, this Court hereby **GRANTS** the *Pro Se* Motion to Dismiss Without Prejudice **[Doc. 21]**, and this matter is DISMISSED without prejudice.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this __16__ day of May, 2007.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 5/15/07
BY: CW
TO: RFD
CG